DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
DAY, ADAM

Case No. 05-07109-FLK13

Debtor

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $11.98, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 5 | IDEAL CREDIT CORPORATION<br>8015 BROADWAY<br>EVERETT, WA 98203 | $11.98 |

Dated: November 08, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

*Receipt 4875280    11-10-10    #11.98*

05-07109-FLK13   Doc 75   Filed 11/10/10   Entered 11/12/10 10:42:31   Pg 1 of 1